

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T<span style="font-size:smaller">HE</span> C<span style="font-size:smaller">ITY OF</span> N<span style="font-size:smaller">EW</span> Y<span style="font-size:smaller">ORK</span><br>**L**<span style="font-size:smaller">AW</span> **D**<span style="font-size:smaller">EPARTMENT</span><br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Bryan Carr Olert**<br>*Assistant Corporation Counsel*<br>Telephone: (212) 356-2203<br>E-mail: bolert@law.nyc.gov |

January 16, 2024

**By ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Ekonomakos v. City of New York et al*
                No. 1:23-cv-06918-FB-VMS

Dear Judge Scanlon:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write to respectfully request an adjournment of the initial conference currently scheduled for January 24, 2024. Defendants request this adjournment because the undersigned will be out of the office on January 24, 2024. This is Defendants' first such request. Plaintiff consents to this request.

      Having consulted with Plaintiff's counsel, the parties are available on the following dates: February 1, 2024; February 12, 2024; or February 20, 2024.

                                                         Respectfully submitted,

                                                          /s/

                                                         Bryan Carr Olert
                                                         Assistant Corporation Counsel

cc:    Michael G. O'Neill (via ECF)