

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **T**HE **C**ITY OF **N**EW **Y**ORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Marina Sukonnik<br>Assistant Corporation Counsel<br>Labor & Employment Law Division<br>Phone: (212) 356-4015<br>msukonni@law.nyc.gov |

May 27, 2025

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Charlie Ekonomakos v. The City of New York et al.*
               No. 23-CV-06918 (FB) (VMS)

Dear Judge Scanlon:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I respectfully submit this joint letter, in accordance with Your Honor's Individual Rules, to request a waiver of the fee for a mediator in the Court-annexed mediation program.

      On May 15, 2025, the Court referred the parties to Court-annexed mediation. *See* Dkt Entry Order dated May 15, 2025. The Court ordered the parties to file their selection of mediator by May 29, 2025. Defendants now respectfully request that the Court grant Defendants a fee waiver because of the Defendants' concerns about cost, which Defendants understand the Court has the authority to grant pursuant to Local Civil Rule 83.8(f)(1). *See Lin v. The City of New York Fire Department of New York*, 22-CV-05851 (E.D.N.Y.) (Order, dated June 27, 2023); *Williams v. The City of New York*, et al., 22-CV-00836 (E.D.N.Y.) (Order, dated Nov. 16, 2023).

      Thank you for considering this request.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Marina Sukonnik
                                        Assistant Corporation Counsel
                                        Attorney for Defendants